

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Stephanie Fernandez aka Stephanie Barfield, | § | No. 08-18-00079-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 210th District Court |
| v. | § | of El Paso County, Texas |
| The State of Texas, | | |
| | § | (TC# 20170D03993) |
| State. | | |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 23, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 23, 2019.

IT IS SO ORDERED this 24th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.